

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00116-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01296
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's second unopposed motion to extend time to file brief is hereby GRANTED. Appellee's brief is due June 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court